# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

HUMBERTO PRADA-CORDERO,
  Petitioner,

v.

UNITED STATES OF AMERICA,
  Respondent.

Civil No. 96-2414 (HL)
Crim. No. 93-295 (HL)

## JUDGMENT

The Court having entered an opinion and order on this same date, judgment is hereby entered dismissing this section 2255 petition.

San Juan, Puerto Rico, May 8, 2000.

HECTOR M LAFFITTE
Chief U.S. District Judge



AO 72A
(Rev.8/82)