UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Humberto Prada Cordero
    v.
U.S.A.

CASE NUMBER: 96-2414 (HL)



| MOTION | ORDER |
|---|---|

**Date Filed:** 8.7.00    **Docket # 21**
[x] **Plffs** [ ] **Defts** [ ] **Other**
**Title:** Motion for extension of time to file request for certification of appealability

Granted until September 12, 2000.

Date 8/10/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


